IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8:00CR180 |
| | ) | |
| ARTURO LARA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR DISMISSAL

Leave of court is granted for the filing of the Motion for Dismissal, filing 6.

Accordingly, said Indictment against Arturo Lara is dismissed.

IT IS SO ORDERED this 19th day of December, 2007.

s/ Joseph F. Bataillon
United States District Judge